390 A.2d 291

Commonwealth v. Branch, Appellant.

Argued March 28, 1978. Martin J. Kilstein, for appellant; Eric B. Henson, and Robert B. Lawler, Assistant District Attorneys, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.